Núm. 8632.—FABIÁN ET AL., apldos. v. BLONDET ET AL., apltes.— C. D. Humacao. Cobro de hipoteca. Enero 19, 1943.

(Por la Corte, a propuesta del Juez Presidente Señor Del Toro.)

Oídas ambas partes por sus abogados en la tarde de ayer sobre la moción de la apelada solicitando la desestimación del recurso por frívolo, no habiendo quedado convencida la Corte de que claramente lo sea, no ha lugar a la desestimación.